IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LARRY DARNELL WILLIAMS, | * |
| Petitioner | * |
| vs. | * |
| | CASE NO. 4:07-CV-78 (CDL) |
| THOMAS AMMONS, | * |
| Respondent | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 9, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 26th day of September, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE